# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS VERNAL STOWELL AND APRIL DAWN STOWELL,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US, LLC., and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.  1:25-cv-00709-KES-BAM**<br><br>District Judge: Hon. Kirk E. Sherriff<br>Magistrate Judge: Barbara A. McAuliffe<br><br>**ORDER APPROVING JOINT STIPULATION BY PLAINTIFFS DOUGLAS VERNAL STOWELL AND APRIL DAWN STOWELL AND DEFENDANT FCA US LLC TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**<br><br>Complaint Filed:  August 23, 2024<br>Removal Date:   June 10, 2025<br>Trial Date:          None Set |

1  The Court, having reviewed and fully considered the Joint Stipulation to Transfer Venue to the United States District Court for the Central District of California – Western Division ("Stipulation") filed by Plaintiffs DOUGLAS VERNAL STOWELL and APRIL DAWN STOWELL ("Plaintiffs") and Defendant FCA US LLC ("FCA") (collectively, the "Parties"), and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is approved in its entirety; and

2. Pursuant to 28 U.S.C. § 1404(a) and 28 U.S.C. § 1441(a) this action is transferred to the United States District Court for the Central District of California – Western Division; and

3. Counsel for FCA shall provide notice of the Court's Order to all parties.

IT IS SO ORDERED.

Dated:   September 25, 2025

_____
UNITED STATES DISTRICT JUDGE